| United States Bankruptcy Court<br>Northern District of Illinois<br>Eastern Division | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Kelly, Lawrence** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Kelly, Gayle** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all):  **7476** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all):  **9677** |
| Street Address of Debtor (No. & Street, City, and State):<br>**421 Bayview Avenue**<br>**Naperville, IL**<br>ZIP CODE **60565** | Street Address of Joint Debtor (No. & Street, City, and State):<br>**421 Bayview Avenue**<br>**Naperville, IL**<br>ZIP CODE **60565** |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business:<br>**DuPage** |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☑ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable)<br><br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.) | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."   ☑ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box)<br>☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>Check all applicable boxes<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

**Statistical/Administrative Information**     THIS SPACE IS FOR COURT USE ONLY

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition | Name of Debtor(s) |
|---|---|
| *(This page must be completed and filed in every case)* | Lawrence Kelly, Gayle Kelly |

| All Prior Bankruptcy Cases Filed Within Last 8 Years *(If more than two, attach additional sheet.)* | | |
|---|---|---|
| Location<br>Where Filed:  **Northern District of Illinois** | Case Number:<br>**08-13596** | Date Filed:<br>**05/28/2008** |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor *(If more than one, attach additional sheet)* | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X  Not Applicable**<br>———————————————————<br>Signature of Attorney for Debtor(s)        Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
**(Check any applicable box)**

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
**(Check all applicable boxes.)**

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

———————————————————————————
(Name of landlord that obtained judgment)

———————————————————————————
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Lawrence Kelly, Gayle Kelly** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **s/ Lawrence Kelly**<br>Signature of Debtor  **Lawrence Kelly**<br><br>X **s/ Gayle Kelly**<br>Signature of Joint Debtor  **Gayle Kelly**<br><br>Telephone Number (If not represented by attorney)<br>**5/3/2012**<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X **Not Applicable**<br>(Signature of Foreign Representative)<br><br><br>(Printed Name of Foreign Representative)<br><br><br>Date |

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X _____<br>Signature of Attorney for Debtor(s)<br><br>**David R. Herzog  Bar No.  01203681**<br>Printed Name of Attorney for Debtor(s) / Bar No.<br><br>**Herzog & Schwartz, P.C.**<br>Firm Name<br><br>**77 W. Washington Street Suite 1717**<br>Address<br><br>**Chicago, IL 60602**<br><br>Telephone Number<br>**5/3/2012**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>**Not Applicable**<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br><br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br><br>Address<br><br><br>X **Not Applicable**<br><br>Date<br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **Not Applicable**<br>Signature of Authorized Individual<br><br><br>Printed Name of Authorized Individual<br><br><br>Title of Authorized Individual<br><br><br>Date | |

B6A (Official Form 6A) (12/07)

In re:   **Lawrence Kelly   Gayle Kelly**                                        Case No. _____
                                                                                                    (If known)
**Debtors**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **10742 N. Hideout Trail Heber City, UT 84032** | **Fee Owner** | **J** | **$1,050,000.00** | **$1,000,000.00** |
| **2825 Palm Beach Blvd Unit 115 Meyers, FL 33196** | **Fee Owner** | **J** | **$ 214,451.00** | **$ 334,451.00** |
| **2825 Palm Beach Blvd Unit 510 Meyers, FL 33196** | **Fee Owner** | **J** | **$ 225,121.00** | **$ 236,172.30** |
| **2825 Palm Beach Blvd Unit 520 Meyers, FL 33196** | **Fee Owner** | **J** | **$ 300,000.00** | **$ 404,330.00** |
| **355 Hibiscus Way Palm Coast, FL 32137** | **Fee Owner** | **J** | **$ 225,000.00** | **$ 288,095.00** |
| **3921 Bayside Road Ft. Meyers, FL 33931** | **Fee Owner** | **J** | **$ 932,204.00** | **$1,000,033.00** |
| **418 E. Gorrie Street George Island, FL 32328** | **Fee Owner** | **J** | **$1,600,000.00** | **$2,012,406.00** |
| **424 W. Gorrie Street George Island, FL 32328** | **Fee Owner** | **J** | **$1,600,000.00** | **$2,000,000.00** |
| **Contract to purchase 1 Museum Park, Unit 5305 1215 S. Prairie Avenue Chicago, IL 60605** | **Co-Owner** | **J** | **$1,696,450.00** | **$ 0.00** |
| **Contract to purchase 1 Museum Park, Unit 5501 1215 S. Prairie Avenue Chicago, IL 60605** | **Co-Owner** | **J** | **$2,657,450.00** | **$ 0.00** |
| **CR Ranch Lot 70 40 Gem Court Sedona, AZ 86336** | **Fee Owner** | **J** | **$ 465,227.00** | **$ 485,227.00** |
| **Cross Creek Lot 78 35 Russet Ridge Placa Sedona, AZ 86336** | **Fee Owner** | **J** | **$ 420,649.00** | **$ 390,649.00** |
| **Emerald Beach Resort 14701 Front Beach Rd. Unit 1833 Panama City Beach, FL 33407** | **Fee Owner** | **J** | **$ 240,000.00** | **$ 215,000.00** |

**B6A (Official Form 6A) (12/07) - Cont.**

In re:  **Lawrence Kelly    Gayle Kelly**                          Case No. _____
                                                                                   **(If known)**
                          **Debtors**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Water Resort - Pigeon Forge**<br>**2505 Plaza Drive**<br>**Pigeon Forge, TN 37863** | **Fee Owner** | **J** | **$ 186,000.00** | **$ 215,000.00** |
| **Yacht Harbor Village Marina**<br>**Lot 114**<br>**9 Schooner Circle**<br>**Palm Coast, FL 32137** | **Fee Owner** | **J** | **$ 310,000.00** | **$ 419,299.00** |
| | **Total** ➤ | | **$12,122,552.00** | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re  **Lawrence Kelly    Gayle Kelly**                                    ,          Case No. _____
                          **Debtors**                                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account #1 Chase Bank** | J | **4,000.00** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account #3 Merrill Lynch** | J | **251.60** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Ordinary home furnishings** | J | **1,500.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Precious Moments Figurines** | J | **400.00** |
| Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Sports Memorabilia** | J | **600.00** |
| 6. Wearing apparel. | | **Ordinary wearing apparel** | J | **1,500.00** |
| 7. Furs and jewelry. | | **Wedding Rings** | J | **800.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401k** | H | **352,892.00** |
| Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **IRA** | H | **91,000.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **19.3321shares (restricted) Not Available for Sale** | H | **1,536.13** |

B6B (Official Form 6B) (12/07) -- Cont.

In re    **Lawrence Kelly    Gayle Kelly** _____ ,    Case No. _____
_____
Debtors    (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | | **2011 Federal Income tax refund** | H | **727.00** |
| Other liquidated debts owed to debtor including tax refunds.  Give particulars. | | **2011 IL Income tax refund** | H | **1,424.00** |
| Other liquidated debts owed to debtor including tax refunds.  Give particulars. | | **2011 Wisconsin Income tax refund** | H | **1,271.00** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 Toyota Prius** | J | **6,901.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 Nissan Maxima**<br>**Needs $2000.00 worth of repairs** | J | **2,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re   **Lawrence Kelly    Gayle Kelly**                                    ,        Case No. _____
                                   **Debtors**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_2_   continuation sheets attached                    Total   ➢   **$ 466,802.73**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re **Lawrence Kelly   Gayle Kelly** _____,   Case No. _____
                                    Debtors                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:   ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                      $146,450.*
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **2005 Toyota Prius** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **6,901.00** |
| **2006 Nissan Maxima Needs $2000.00 worth of repairs** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **2,000.00** |
| **2011 Federal Income tax refund** | **735 ILCS 5/12-1001(b)** | **0.00** | **727.00** |
| **2011 IL Income tax refund** | **735 ILCS 5/12-1001(b)** | **1,424.00** | **1,424.00** |
| **2011 Wisconsin Income tax refund** | **735 ILCS 5/12-1001(b)** | **849.00** | **1,271.00** |
| **401k** | **735 ILCS 5/12-1006** | **352,892.00** | **352,892.00** |
| **Checking Account #1 Chase Bank** | **735 ILCS 5/12-1001(b)** | **2,727.00** | **4,000.00** |
| **IRA** | **735 ILCS 5/12-1006** | **91,000.00** | **91,000.00** |
| **Ordinary home furnishings** | **735 ILCS 5/12-1001(b)** | **500.00** | **1,500.00** |
| **Ordinary wearing apparel** | **735 ILCS 5/12-1001(b)** | **1,500.00** | **1,500.00** |

_* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment._

B6D (Official Form 6D) (12/07)

In re  **Lawrence Kelly  Gayle Kelly** _____ .  Case No. _____

Debtors                                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐      Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Alta Mar Condo Association<br>c/o Samouce, Murrell & Gal<br>5404 Park Central Court<br>Naple, FL 34109** | | | **Statutory Lien<br>2825 Palm Beach Blvd<br>Unit 510<br>Meyers, FL 33196**<br><br>**VALUE $225,121.00** | | | | 1,051.30 | 0.00 |
| ACCOUNT NO. **8965220142**<br><br>**Aurora Loan Services<br>10350 Park Meadows Drive<br>Littleton, CO 80124** | | J | **First Lien on Residence<br>Water Resort - Pigeon Forge<br>2505 Plaza Drive<br>Pigeon Forge, TN 37863**<br><br>**VALUE $186,000.00** | | | | 215,000.00 | 29,000.00 |
| ACCOUNT NO. **6930423333**<br><br>**BB&T Mortgage<br>P.O. Box 580302<br>Charlotte, NC  28258-0302** | | J | **First Lien on Residence<br>424 W. Gorrie Street<br>George Island, FL 32328**<br><br>**VALUE $1,600,000.00** | | | | 2,000,000.00 | 400,000.00 |
| ACCOUNT NO.<br><br>**Fendrick Buildrs<br>5295 Bucklake Road<br>Tallahassee, FL  32317** | | J | **Construction E and W Gorrie Homes**<br><br>**VALUE $0.00** | | | | 33,040.00 | 33,040.00 |

3   continuation sheets
    attached

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| | |
|---|---|
| $  2,249,091.30 | $  462,040.00 |
| $ | $ |

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re **Lawrence Kelly    Gayle Kelly** _____.    Case No. _____

　　　　　　　　　　　　　**Debtors**　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 116-6326-0242918-4001<br>National Bank of Arizona<br>6001 N. 24th Street<br>Phoenix, AZ 85016 | | J | Cross Creek Lot 78<br>35 Russet Ridge Placa<br>Sedona, AZ 86336<br>_____<br>VALUE $420,649.00 | | | | 390,649.00 | 0.00 |
| ACCOUNT NO. 116-6326-0242918-4002<br>National Bank of Arizona<br>6001 N. 24th Street<br>Phoenix, AZ 85016 | | J | CR Ranch Lot 70<br>40 Gem Court<br>Sedona, AZ 86336<br>_____<br>VALUE $465,227.00 | | | | 485,227.00 | 20,000.00 |
| ACCOUNT NO. 4645508<br>National City Bank<br>1900 East Ninth Street<br>Cleveland, Ohio 44114-3484 | | J | Mortgage<br>10742 N. Hideout Trail<br>Heber City, UT 84032<br>_____<br>VALUE $1,050,000.00 | | | | 1,000,000.00 | 0.00 |
| ACCOUNT NO. 8200854015<br>RBC Centura Bank<br>P.O. Box 1220<br>Rocky Mount, NC 27802 | | J | 355 Hibiscus Way<br>Palm Coast, FL 32137<br>_____<br>VALUE $225,000.00 | | | | 288,095.00 | 63,095.00 |

Sheet no. 1 of 3 continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal ➤
(Total of this page)

Total ➤
(Use only on last page)

| | |
|---|---|
| $ 2,163,971.00 | $ 83,095.00 |
| $ | $ |

(Report also on Summary of Schedules)　　(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re   **Lawrence Kelly   Gayle Kelly**_____,   Case No. _____

   Debtors   (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  00107091508200791544<br>**RBC Centura Bank**<br>**P.O. Box 1220**<br>**Rocky Mount, NC 27802** | | J | **Yacht Harbor Village Marina**<br>**Lot 114**<br>**9 Schooner Circle**<br>**Palm Coast, FL 32137**<br><br>**VALUE $310,000.00** | | | | 419,299.00 | 109,299.00 |
| ACCOUNT NO.<br>**Regions Bank**<br>**250 Riverchase Parkway East, 5th Floor**<br>**Hoover, Alabama 35244** | | | **3921 Bayside Road**<br>**Ft. Meyers, FL 33931**<br><br>**VALUE $932,204.00** | | | | 1,000,033.00 | 67,829.00 |
| ACCOUNT NO.  0680014619<br>**Suntrust Mortgage**<br>**Commercial Credit Service**<br>**P.O. Box 26202**<br>**Richmond, VA 23260** | | J | **First Lien on Residence**<br>**418 E. Gorrie Street**<br>**George Island, FL 32328**<br><br>**VALUE $1,600,000.00** | | | | 2,012,406.00 | 412,406.00 |
| ACCOUNT NO.  5303650278<br>**Washington Mutual**<br>**P.O. Box 9001123**<br>**Louisville, KY  40290-1123** | | J | **2825 Palm Beach Blvd**<br>**Unit 520**<br>**Meyers, FL 33196**<br><br>**VALUE $300,000.00** | | | | 404,330.00 | 104,330.00 |

Sheet no.  2 of  3 continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ➤
(Total of this page)

| $  3,836,068.00 | $  693,864.00 |
|---|---|

Total  ➤
(Use only on last page)

| $ | $ |
|---|---|

(Report also on Summary of
Schedules)

(If applicable, report
also on Statistical
Summary of Certain
Liabilities and
Related Data.)

**B6D (Official Form 6D) (12/07)- Cont.**

In re  **Lawrence Kelly   Gayle Kelly** _____.        Case No. _____

_____ **Debtors**                                                                          **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5303589161<br>**Washington Mutual**<br>**P.O. Box 9001123**<br>**Louisville, KY  40290-1123** | | J | **2825 Palm Beach Blvd**<br>**Unit 510**<br>**Meyers, FL 33196**<br>_____<br>**VALUE $225,121.00** | | | | 235,121.00 | 10,000.00 |
| ACCOUNT NO. 530387116<br>**Washington Mutual**<br>**P.O. Box 9001123**<br>**Louisville, KY  40290-1123** | | J | **2825 Palm Beach Blvd**<br>**Unit 115**<br>**Meyers, FL 33196**<br>_____<br>**VALUE $214,451.00** | | | | 334,451.00 | 120,000.00 |

Sheet no. _3_ of _3_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➢
(Total of this page)

| | |
|---|---|
| $      569,572.00 | $      130,000.00 |

Total ➢
(Use only on last page)

| | |
|---|---|
| $   8,818,702.30 | $ 1,368,999.00 |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (4/10)

In re    **Lawrence Kelly    Gayle Kelly** _____    Case No. _____
_____
Debtors                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐   **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐   **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐   **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**_3_  continuation sheets attached**

B6E (Official Form 6E) (4/10) – Cont.

In re   **Lawrence Kelly   Gayle Kelly**

Case No. _____

Debtors                                                                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **40000-300-196**<br>**Bay County Tax Collector**<br>**P.O. Box 2285**<br>**Panama City, FL 32402** | | | **2007 property tax bill Emerald Beach** | | | | **209.08** | **209.08** | **$0.00** |
| ACCOUNT NO.   **29-09S-06W-7310-018E-0**<br>**Franklin County Tax Collector**<br>**P.O. Drawer 188**<br>**Apalachicola, FL 32329** | | | **01/01/2007 2007 Property Tax bill W. Gorrie Property** | | | | **8,500.78** | **0.00** | **$0.00** |
| ACCOUNT NO.<br>**Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-734** | | | **1040 Federal Tax Debt** | | | | **91,000.00** | **91,000.00** | **$0.00** |
| ACCOUNT NO.   **18-14-25-P1-03700-0115**<br>**Lee County Tax Collector**<br>**P.O. Box 1609**<br>**Fort Myers, FL 33902-1609** | | | **2007 property tax bill Alta Mar Unit 115** | | | | **3,884.40** | **0.00** | **$0.00** |
| ACCOUNT NO.   **18-44-25-P1-03700.0510**<br>**Lee County Tax Collector**<br>**P.O. Box 1609**<br>**Fort Myers, FL 33902-1609** | | | **2007 property tax bill Alta mar Unit 510** | | | | **4,758.34** | **0.00** | **$0.00** |

Sheet no. _1_ of _3_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals➤ (Totals of this page) | $ **108,352.60** | $ **91,209.08** | $ **0.00** |
| Total ➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total ➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

B6E (Official Form 6E) (4/10) – Cont.

**In re**  **Lawrence Kelly    Gayle Kelly**_____    **Case No.**  _____
                          Debtors                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    18-44-25-P1-03700.0520<br><br>**Lee County Tax Collector**<br>**P.O. Box 1609**<br>**Fort Myers, FL 33902-1609** | | | **2007 Property Tax**<br>**Alta Mar Unit 520** | | | | **7,026.81** | **0.00** | **$0.00** |
| ACCOUNT NO.    29-46-24-W2-0050E0030<br><br>**Lee County Tax Collector**<br>**P.O. Box 1609**<br>**Fort Myers, FL 33902-1609** | | | **2007 Property Tax**<br>**3921 Bayside** | | | | **15,813.60** | **15,813.60** | **$0.00** |
| ACCOUNT NO.    29-09S-06W-7311-018W-<br><br>**Wasatch County Treasurer**<br>**25 North Main**<br>**Heber City, UT 84032** | | | 01/01/2007<br>**2007 Property Tax Bill -**<br>**Hideout Canyon** | | | | **8,799.08** | **8,799.08** | **$0.00** |
| ACCOUNT NO.    07-01-14-305-031-0000<br><br>**Will County Tax Assessor**<br>**302 N. Chicago Street**<br>**Joliet, IL  60432** | | | 01/01/2007<br>**2007 Property tax bill**<br>**Naperville Property** | | | | **7,941.69** | **7,941.69** | **$0.00** |
| ACCOUNT NO.    408-19-116-5<br><br>**Yavapai County Treasurer**<br>**1015 Fair Street**<br>**Prescott, AZ, 86305-1807** | | | 01/01/2007<br>**2007 property tax bill -**<br>**Cross Creek Ranch** | | | | **3,717.08** | **3,717.08** | **$0.00** |
| ACCOUNT NO.    408-30-091-6<br><br>**Yavapai County Treasurer**<br>**1015 Fair Street**<br>**Prescott, AZ, 86305-1807** | | | **2007 property tax bii**<br>**Cathedral Rock Ranch** | | | | **4,868.48** | **0.00** | **$0.00** |

Sheet no.  2  of  3  continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | | Subtotals➢ (Totals of this page) | $ | **48,166.74** | $ | **36,271.45** | $ | **0.00** |
|---|---|---|---|---|---|---|---|---|---|

Total  ➢
(Use only on last page of the completed
Schedule E. Report also on the Summary of
Schedules.)    $    **156,519.34**

Total  ➢
(Use only on last page of the completed
Schedule E. If applicable, report also on the
Statistical Summary of Certain Liabilities and
Related Data. )    $    **127,480.53**    $    **0.00**

**B6E (Official Form 6E) (4/10) – Cont.**

In re    <u>Lawrence Kelly   Gayle Kelly</u>                                    Case No.    _____
                          Debtors                                                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

| | | | |
|---|---|---|---|
| Sheet no. <u>3</u> of <u>3</u> continuation sheets attached to Schedule of Creditors Holding Priority Claims | Subtotals➤ (Totals of this page) | $           **0.00** | $           **0.00** | $           **0.00** |
| | Total  ➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $   **156,519.34** | | |
| | Total  ➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $   **127,480.53** | $           **0.00** |

B6F (Official Form 6F) (12/07)

In re   **Lawrence Kelly   Gayle Kelly**                          Case No. _____
                                    Debtors                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **5490353302879300**<br>**Bank of America**<br>**Box 17309**<br>**Baltimore, MD  21297-1309** | | | **01/01/2003**<br>**Credit Card** | | | | **31,000.00** |
| ACCOUNT NO.  **10931**<br>**Blue Green Resorts Mgmt**<br>**Blue Green Vacation Club**<br>**P.O. Box 105192**<br>**Atlanta, GA 30348-5192** | | | **01/01/1991**<br>**Time share** | | | | **2,000.00** |
| ACCOUNT NO.  **CRR-070**<br>**Cathedral Rock Ranch Ca, Inc**<br>**P.O. Box 10000**<br>**Prescott, AZ  86304** | | | **2007-2010**<br>**Homeowners fees** | | | | **3,756.00** |
| ACCOUNT NO.  **35902347430**<br>**City of Palm Coast Utility Dept**<br>**2 Utility Drive**<br>**Palm Coast, FL 32137** | | | **05/01/2008**<br>**2008-2011**<br>**Utility Bill** | | | | **2,592.00** |
| ACCOUNT NO.  **Conservatory Lot 167**<br>**Club at Hammock Beach**<br>**200 Ocean Crest Dr**<br>**Palm Coast, Fl 32137** | | | **01/01/2004**<br>**Final installment golf membership** | | | | **9,000.00** |

  5   Continuation sheets attached

Subtotal  ➤  $ **48,348.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lawrence Kelly   Gayle Kelly** _____      Case No. _____
_____
Debtors                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **09572217398-01-6**<br>**Comcast**<br>**1316 Harrison Avenue**<br>**Panama City, FL 32401.2435** | | | **6 months**<br>**Monthy cable for Emerald Beach** | | | | **252.00** |
| ACCOUNT NO. **CNS 167A**<br>**Conservatory at Hammock Beach**<br>**Ginn Property Management**<br>**31 Lupi Ct, Suite 230**<br>**Palm Coast, FL 32137** | | | **2004-2011**<br>**Conservatory Mgmt Fee** | | | | **35,122.48** |
| ACCOUNT NO. **0757 000 0520 01**<br>**Continental Group**<br>**P.O. Box 229030**<br>**Hollywood, CA 33022-9030** | | | **Quarterly Assessment**<br>**Alta Mar Unit 520** | | | | **16,764.80** |
| ACCOUNT NO. **0757 000 0115 01**<br>**Continental Group, Inc.**<br>**P.O. Box 229030**<br>**Hollywood, FL  33022-9030** | | | **2008-2009**<br>**Quarterly Assessment**<br>**Alta Mar Unit 115** | | | | **8,410.80** |
| ACCOUNT NO. **0747 0000 0510 01**<br>**Continental Group, Inc.**<br>**P.O. Box 229030**<br>**Hollywood, FL  33022-9030** | | | **2008-2009**<br>**Quarterly Assessment**<br>**Alta Mar Unit 510** | | | | **8,410.80** |

_5_  Continuation sheets attached

Sheet no. _1_ of _5_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $           **68,960.88**

Total  ➢  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lawrence Kelly   Gayle Kelly**                              Case No. _____
_____
                        **Debtors**                                                  **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 7,888.00 |
| **Cross Creek Ranch** **c/o HOMAMCO AZ** **P.O. Box 63575** **Phoenix, AZ 85082-3575** | | | **2008-2011** **Homeowners Fees** **35 Russet Ridge Place** | | | | |
| ACCOUNT NO.   **2505** | | | | | | | 8,587.92 |
| **Dionis Welchel Mgmt Company** **6512 Deane Hill Drive** **Knoxville, TN 37919** | | | **2008-2009** **Maintenance fee** | | | | |
| ACCOUNT NO.   **001-0229-01** | | | | | | | 10,245.60 |
| **Dunes Utility Division** **5000 Palm Coast Parkway SE** **Palm Coast, FL 32137** | | | **2008-2011** **Water services** | | | | |
| ACCOUNT NO.   **AD 384** | | | | | | | 4,404.48 |
| **Emerald Beach Resort** **112 Front Beach Raod** **Panama City, FL 32407** | | | **2008-2009** **Monthly Assessment fees** | | | | |
| ACCOUNT NO.   **284-172** | | | | | | | 8,363.28 |
| **Emerald Beach Resort Condominium Associa** **10650 W. Charleston Blvd, #160** **Las Vegas, NV 89135-1169** | | | **2008-2009** **Quarterly maintenance fees** | | | | |

___5___  Continuation sheets attached

Sheet no. _2_ of _5_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                          **39,489.28**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lawrence Kelly   Gayle Kelly**                                   Case No. _____
                                        **Debtors**                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **34351-45234** <br><br> **Florida Power & Light** <br> **P.O. Box 025576** <br> **Miami, FL  33102** | | | **2008-2009** <br> **Monthly electric** <br> **Alta Mar 520** | | | | 2,020.80 |
| ACCOUNT NO. <br><br> **Gulf Island Manor Homeowners Assoc** <br> **P.O. Box 2868** <br> **Ft. Meyers, FL 33932** | | | **2008-2010** <br> **Yearly Homeowners dues** | | | | 150.00 |
| ACCOUNT NO.   **65136-55015** <br><br> **Gulf Power** <br> **P.O. Box 2448** <br> **Panama City, FL 32401-2435** | | | **2008-2009** <br> **Monthly electric** <br> **Emerald Beach** | | | | 1,757.28 |
| ACCOUNT NO.   **HVM 114** <br><br> **Harbor Village Marina** <br> **Ginn Property Mgmt** <br> **31 Lupi Ct** <br> **Suite 230** <br> **Palm Coast, FL 32137** | | | **2007-2011** <br> **Monthly assessment fees** | | | | 114,164.40 |
| ACCOUNT NO.   **127** <br><br> **Hideout Canyon Homeowners Assoc** <br> **P.O. Box 681127** <br> **Park City, UT 48068** | | | **2008-2010** <br> **Homeowners fees** | | | | 9,097.02 |

           5   Continuation sheets attached

Sheet no.  3 of 5 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                        Subtotal  ➢  $      127,189.50

                                                        Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lawrence Kelly   Gayle Kelly**
_____
Debtors

Case No. _____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **91001270**<br><br>**Jordanelle Special Service District**<br>**P.O. Box 519**<br>**Heber City, UT  84032** | | | 01/01/2008<br><br>**2008-2010**<br>**Monthly water and sewer** | | | | 4,817.28 |
| ACCOUNT NO.   **28409 21086**<br><br>**Progress Energy**<br>**P.O Box 33199**<br>**St. Petersburg, FL 33733-8199** | | | **2008-2011**<br>**W. Gorrie Electric Service** | | | | 12,072.48 |
| ACCOUNT NO.   **68099653-0019**<br><br>**Rocky Mountain Power**<br>**P.O. Box 25308**<br>**Salt Lake City, UT  84125** | | | **2008-2010**<br>**Monthly electric**<br>**Park City** | | | | 4,902.12 |
| ACCOUNT NO.   **0411313019000001140**<br><br>**Suzanne Johnston**<br>**Flagler County Tax Collector**<br>**PO. Box 846**<br>**Bunnell, FL 32110-0846** | | | 01/01/2007<br><br>**2007-2011**<br>**Property Tax Bill**<br>**Yacht Harbor** | | | | 20,792.00 |
| ACCOUNT NO.   **4210303210000001670**<br><br>**Suzanne Johnston**<br>**Flagler County Tax Collector**<br>**PO. Box 846**<br>**Bunnell, FL 32110-0846** | | | **2007-2011**<br>**Property tax Bill**<br>**Conservatory** | | | | 25,866.21 |

_5_   Continuation sheets attached

Sheet no. _4_ of _5_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢ $ | **68,450.09**

Total  ➢ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Lawrence Kelly    Gayle Kelly**_____    Case No. _____
                                        Debtors                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **10621270**<br>**Wasatch County Fire District**<br>**25 N. Main**<br>**Heber City, UT  84032** | | | **2008-2010**<br>**Fire Dept Protection** | | | | **299.85** |
| ACCOUNT NO.    **00001955**<br>**Water Mgmt Services**<br>**139 W. Golf Beach Drive**<br>**St. George Island, FL 32328** | | | **Monthly water - East Gorrie** | | | | **219.49** |
| ACCOUNT NO.    **00001956**<br>**Water Mgmt Services**<br>**139 W. Golf Beach Drive**<br>**St. George Island, FL 32328** | | | **01/01/2008**<br>**2007-2010**<br>**Monthly water**<br>**W. Gorrie** | | | | **8,288.16** |
| ACCOUNT NO.<br>**Weltman, Weinberg & Reis Co., LPA**<br>**175 South 3rd Street**<br>**Suite 900**<br>**Columbus, OH 43215-5166** | | | **Collection BBT Loan**<br>**for 424 S. Gorrie, St George Island, FL**<br>**WWR No. 9402743** | | | | **583,705.53** |
| ACCOUNT NO.    **02403**<br>**Williams Panhandle Propane**<br>**P.O. Box 574**<br>**Carrabelle, FL  32322-0574** | | | **Monthly gas bill - East Gorrie** | | | | **494.35** |

_5_  Continuation sheets attached

Sheet no. _5_ of _5_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $              **593,007.38**

Total  ➤  $              **945,445.13**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re:   **Lawrence Kelly   Gayle Kelly**              Case No. _____
                                    **Debtors**                          **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **German Creek**<br>**c/o Ward Whelchel**<br>**6512 Deane Hill Drive**<br>**Knoxville, TN 37919** | **Contract to purchase**<br>**German Creek Resort**<br>**120 Muskogee Lane**<br>**Bean Station, TN 37708**<br>**Units 302 & 303** |
| **Laketown Wharf**<br>**9902 S. Thomas Drive**<br>**Panama City Beach, FL 32408** | **Contract to purchase**<br>**9902 S. Thomas Drive**<br>**Panama City Beach, FL**<br>**Units 2009 and 1822** |
| **Museum Park**<br>**1259 South Indiana Avenue**<br>**Chicago, IL 60605** | **Contract to purchase**<br>**1 Museum Park, Unit 5501**<br>**1215 S. Prairie Avenue**<br>**Chicago, IL 60605** |
| **Museum Park**<br>**1259 South Indiana Avenue**<br>**Chicago, IL 60605** | **Contract to purchase**<br>**1 Museum Park, Unit 5305**<br>**1215 S. Prairie Avenue**<br>**Chicago, IL 60605** |
| **Riviera**<br>**2743 First Street**<br>**Unit 2501**<br>**Ft. Myers, FL 33916** | **Contract to purchase**<br>**2743 First Street**<br>**Unit 2501**<br>**Ft. Myers, FL 33916** |
| **St. Tropez**<br>**2745 First Street**<br>**Unit B21N**<br>**Ft. Myers, FL 33916** | **Contract to purchase**<br>**2745 First Street**<br>**Unit B21N**<br>**Ft. Myers, FL 33916** |

**B6H (Official Form 6H) (12/07)**

In re: **Lawrence Kelly    Gayle Kelly**                              Case No. _____
_____.                                        **(If known)**
                    **Debtors**

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

B6I (Official Form 6I) (12/07)

In re **Lawrence Kelly Gayle Kelly**                                    Case No. _____
                                    _____
                                            **Debtors**                                                    (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |
| | **Son** | **22** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Retired** | **Homemaker** |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ | 0.00 | $ | 0.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 0.00 | $ | 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 0.00 | $ | 0.00 |
| b. Insurance | $ | 0.00 | $ | 0.00 |
| c. Union dues | $ | 0.00 | $ | 0.00 |
| d. Other (Specify) | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 126.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ | 0.00 |
| 11. Social security or other government assistance (Specify) | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 4,761.00 | $ | 0.00 |
| 13. Other monthly income (Specify) | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 4,887.00 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 4,887.00 | $ | 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | **$ 4,887.00** | | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

**NONE**

B6J (Official Form 6J) (12/07)

In re **Lawrence Kelly Gayle Kelly** _____,    Case No. _____
_____ **Debtors**    (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,500.00 |
| a. Are real estate taxes included?    Yes _____    No ✓ | | |
| b. Is property insurance included?    Yes _____    No ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 120.00 |
| b. Water and sewer | $ | 130.00 |
| c. Telephone | $ | 0.00 |
| d. Other **Cell phone** | $ | 200.00 |
| **Internet Service & cable** | $ | 142.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 150.00 |
| 4. Food | $ | 600.00 |
| 5. Clothing | $ | 70.00 |
| 6. Laundry and dry cleaning | $ | 20.00 |
| 7. Medical and dental expenses | $ | 170.00 |
| 8. Transportation (not including car payments) | $ | 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 200.00 |
| 10. Charitable contributions | $ | 50.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 9.00 |
| b. Life | $ | 170.62 |
| c. Health | $ | 100.00 |
| d. Auto | $ | 160.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other **Monthly payment to IRS for tax debt** | $ | 3,500.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 7,591.62 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a. Average monthly income from Line 15 of Schedule I | $ | 4,887.00 |
| b. Average monthly expenses from Line 18 above | $ | 7,591.62 |
| c. Monthly net income (a. minus b.) | $ | -2,704.62 |

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

## Northern District of Illinois

## Eastern Division

In re **Lawrence Kelly   Gayle Kelly**                               Case No. _____
                                            Debtors

                                            Chapter  **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 2 | $    12,122,552.00 | | |
| B - Personal Property | YES | 3 | $       466,802.73 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 4 | | $    8,818,702.30 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 4 | | $       156,519.34 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 6 | | $       945,445.13 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $    4,887.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 2 | | | $    7,591.62 |
| TOTAL | | 25 | $    12,589,354.73 | $    9,920,666.77 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Lawrence Kelly   Gayle Kelly** _____    **Case No.** _____

_____    **(If known)**
**Debtors**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**27**_____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date:  **5/3/2012** _____    Signature:  **s/ Lawrence Kelly** _____
**Lawrence Kelly**
Debtor

Date:  **5/3/2012** _____    Signature:  **s/ Gayle Kelly** _____
**Gayle Kelly**
(Joint Debtor, if any)

[If joint case, both spouses must sign]

_Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571._

B7 (Official Form 7) (4/10)

### UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois
### Eastern Division

In re:   **Lawrence Kelly   Gayle Kelly** _____,     Case No. _____

Debtors                                      (If known)

# STATEMENT OF FINANCIAL AFFAIRS

## 1.  Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **252,515.00** | **Employment** | **2010** |
| **240,623.00** | **Employment and Pension** | **2011** |
| **19,044.00** | **Employment and Pension** | **2012** |

## 2.  Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **364.00** | **Dividend Income** | **2009** |
| **2,654.00** | **Dividend Income** | **2011** |

## 3.  Payments to creditors

***Complete a. or b., as appropriate, and c.***

None
☐

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-734** | **April 24, 2012** | **53,000.00** | **38,000.00** |

None  b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90
☑    days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is
      affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that
      were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a
      plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13
      must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses
      are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date
of adjustment.*

None  c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the
☑    benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by
      either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is
      not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the
☐    filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either
      or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is
      not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **RBC Centura Bank vs. Lawrence and Gayle Kelly**  18-2008-CA-327 | **Foreclosure** | **Circuit Court of Flagler, FL** | **Pending** |
| **Regions Bank vs. Lawrence and Gayle Kelly**  08-2253 CA | **Foreclosure** | **Circuit Court 14th Judicial Bay County Florida** | **Pending** |
| **Suntrust Mortgage vs. Lawrence and Gayle Kelly**  08 141 CA | **Foreclosure** | **Circuit Court Franklin County Florida** | **Pending** |
| **RBC Centura Bank vs. Lawrence and Gayle Kelly**  08 CA 013886 | **Foreclosure** | **Circuit Court of Lee County Florida** | **Pending** |
| **Washington Mutual vs. Lawrence and Gayle Kelly**  08 CA 008202  **See additional schedule** | **Foreclosure** | **Circuit Court 20th District Lee County, FL** | **Pending** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 5.  Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 6.  Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

## 7.  Gifts

None ☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |
| **Holy Spirit Catholic Church** **111 & Book** **Naperville, IL 60564** | | | **Weekly donation** **Cash Donation** **$40/month** |
| **Salvation Army/Goodwill/Habitat for Hum** | | | **$301/month** |
| **United Way** | | | **Average $58/month** |

## 8.  Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9.  Payments related to debt counseling or bankruptcy

None ❑ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **David Herzog** **77 W. Washington Street** **Suite 1717** **Chicago, IL 60602** | **Lawrence Kelly** | **$1500** |

## 10.  Other transfers

None ❑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Public Trade/Sale** | **04/25/2012** | **Sale of UPS Stocks** |
| **Public Trade/Sale** | **10/28/2011** | **and 12/12/11** |
| | | **500 shares of UPS common stock** |
| | | **500 shares of UPS common stock** |
| | | **Net $71,443** |

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR' INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12. Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None
☐

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **557 Westfield Way Unit B Pewaukee, WIL 53072** | **Lawrence Kelly** | **7/2010 - 7/2011** |
| **4819 Sebastian Court Naperville, IL 60564** | **Lawrence Kelly** | **1990 - 6/2010** |

## 16. Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑   a.    List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑   b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑   c.    List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

7

## 18. Nature, location and name of business

None
☑

a. *If the debtor is an individual,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation,* list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
☑

b.      Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

## 19.  Books, records and financial statements

None
☑

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None
☑

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
☑

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
☑

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

## 20.  Inventories

None
☑

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
☑

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

8

## 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

## 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☑ b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 24. Tax Consolidation Group.

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## 25. Pension Funds.

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

9

*[if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement
of financial affairs and any attachments thereto and that they are true and correct.

Date  **5/3/2012**

Signature
of Debtor      **s/ Lawrence Kelly**
               **Lawrence Kelly**


Date  **5/3/2012**

Signature
of Joint Debtor   **s/ Gayle Kelly**
(if any)          **Gayle Kelly**